UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:16-cv-14533-MIDDLEBROOKS

PATRICIA KENNEDY,

    Plaintiff,

v.

IDELLA, LLC and MOMANDEM2,
INC., d/b/a LA GRANJA
RESTAURANT OF STUART,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court following the Court's June 30, 2017 Order requiring Plaintiff Patricia Kennedy to show cause, by July 5, 2017, why this case should not be dismissed for failure to prosecute. (DE 29). Plaintiff did not respond to the Court's order. Accordingly, Plaintiff's Complaint shall be dismissed for failure to prosecute.

**ORDERED and ADJUDGED** that Plaintiff Patricia Kennedy's Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this ⁄⁄ day of July, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record